IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELO MCCLEARY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-08-86-M |
| | ) |
| JESS T. SUTTER, JR., Warden, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

On February 29, 2008, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the amended petition for a writ of habeas corpus be dismissed upon filing. Petitioner was advised of his right to object to the Report and Recommendation by March 20, 2008. On March 10, 2008, petitioner filed his objection, and on March 20, 2008, petitioner filed his supplemental objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 29, 2008, and

(2) DISMISSES petitioner's amended petition for a writ of habeas corpus upon filing.

**IT IS SO ORDERED this 1st day of April, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE